UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

G.B.S. PROPERTIES, L.L.C.                CIVIL ACTION

VERSUS                                   NO. 06-7386

ALLSTATE INSURANCE COMPANY               SECTION "C" (2)

ORDER AND REASONS

IT IS ORDERED that the motion for partial summary judgment filed by Allstate Insurance Company is PARTIALLY GRANTED and PARTIALLY DENIED without prejudice. (Rec. Doc. 57). The relief sought in this motion is dismissal of the claim for loss of business income based on the policy issued and in effect at the time of Hurricane Katrina. Despite the volume of paper filed by the plaintiff, there is no dispute that the clear and unambiguous language of the policy that was issued and in effect at the time of the loss did not insure for loss of business income. In addition, the Court finds that the defendant has not waived any defense of noncoverage, since Fed. R. Civ. P. 8 does not list noncoverage as an affirmative defense, and further finds that the defendant is

1

not estopped from arguing noncoverage based on its conduct during litigation, which appears to be routine.

The Court finds, however, that the defendant has failed to show that it is entitled to summary judgment as to the issue of reformation as genuine issues of material fact exist as to the intent of the parties. Any future argument with regard to preemption should take into account the effect of amendment under Fed. R. Civ. P. 15(c).

**The parties are urged to consider amicable resolution of this matter and to schedule a settlement conference with the magistrate judge, if appropriate.**

New Orleans, Louisiana, this 29th day of September, 2008.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE